# Exhibit "C"

1. <u>113-204.</u>   There is a signed verification form on file confirming the date of 9/27 as the move out date as well as a non renewal notice sent out on June 20th. (A)
2. <u>113-208.</u>   In the file there is a move out that is documented on 10/11/14. (B)
3. <u>113-211.</u>   The file indicates that the keys were returned on 10/22 and the document is signed by Renee (C)
4. <u>113-401.</u>   The notice to vacate is on file with a 9/11 move out date, with a complaint letter and picture for the reason why tenant vacated. (D)
5. 
6. 
7. <u>113-902.</u>   The tenant vacated on 9/27. There is a utility bill on file notifying this.  (E)
8. <u>113-1312.</u>   There is a utility notice that the tenant moved out on 10/11. The tenant gave notice of vacate on 8/15 with a move out date for 10/15. (F)
9. 
10. <u>113-1904.</u> There is a utility notice that the tenant moved out on 10/21, and the key is on file. (G)
11. <u>113-1211.</u>   In the file there is a move out that is documented on 9/30  (H)
12. <u>113-2102.</u>   The tenant gave notice of vacate on 7/27 with a move out date for 10/1. (I)
13. <u>113-0012.</u>   Tenant Passed away on 5/9. The family gave in the keys on 9/2  (J)
14. <u>113-2017.</u>   In the file there is a move out that is documented on 9/26  (K)
15. <u>113-1209.</u>   In the file there is a move out that is documented on 10/1  (L)



# REGENT PARK APARTMENTS

9400 HURSTBOURNE PARK BLVD., LOUISVILLE, KENTUCKY 40220
OFFICE: 502-491-6660 FAX: 502-499-0882 EMAIL: regentpark@zaragon.net

June 20, 2014

Dell Aldridge & All Occupants & Guests
9402 Deral Court #04
Louisville, KY 40220

Dear Dell & All Occupants & Guests :

Your current lease expires on  September 27, 2014 .  As an owner, we are exercising our right not to renew your lease and this letter will serve as your 97 –day notice.  We expect you to vacate your apartment by _September 27, 2014__, and we expect the apartment to be left clean, free of any debris and free of damage.

This notice is sent by First Class Mail .

Sincerely,

Renee Berkley, CAM, CAPS
Manager
Agent for Owner

**bardstown forest**

Regent Park
Fax # 499-0861
Rental Verification v02.27.10

A

2041 Eugenia Bank Road
Louisville, KY 40218
P – 502/499-9985
F – 502/499-9986
bardstownforest@runres.net

Date: 9/19/14

Name: Dell Alridge

Address: 9402 Osprey Ct. #4

The above.named person has applied for residency with Bardstown Forest Apartments. We would appreciate any information you can give us regarding the kind of resident he/she was while renting from you. The form below is provided for your convenience. We appreciate your cooperation in completing and returning this form to us as soon as possible. – Thank you in advance.

If you require additional information, please feel free to contact us.

Move In Date: 9/28/13  Move Out Date: 9/22/14

Lease Fulfilled: (YES) / NO  Gave Proper Notice: YES / NO  asked to leave

Number of Occupants? 4  Paid Rent on Time: YES / NO

How Many Times Late: 1  NSF'S: 0

Amount of Rent: $1099.00  Pets: YES (NO)

Lease Violations? (YES) NO  Please list violation: _____

_____

Ever been under eviction? YES (NO)  If yes, why? _____

_____

Pest Control Problems? No

Would you rent to this resident again? No  If not, why? _____

Signature & Title: Renee Berkley, Mgr.

Date: 9/15/14

Please complete &
return to (502) 499-9986
Thanks!

HP Officejet Pro 8600 N911n Series

Fax Log for
Regent Park Apartments
502-489-0882
Sep 15 2014 3:41PM

A

Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Sep 15 | 3:40PM | Fax Sent | 4999988 | 0:41 N/A | 1 | OK |

- B

# CONVERSATION LOG

**Resident:** _Amanda Brooks_          **Apt:** __9402-08___

**Date/Time**          **Conversation**

1/30/14 @ 9:40am rec'd call from Amanda. She is going to e-mail her 60 day notice to Vacate. She knows she will lose Deposit & will still owe a lease break fee. She has to relocate for Job. ~~

9/24/14 2:30p Amanda called and wanted to know if we could use her deposit for the rent for Oct 1st + lease break on Oct 8. I cannot and informed her but told her if she chose not to pay the deposit would cover the rent + late fees $288 rent + $110 in late fees

10/11/14 Amanda turned in keys
New forwarding address is:
1219 Harmony Ln
Jeffersonville, IN 47130

C

**BRAHMS ASSOCIATES LLC**
**9400 HURSTBOURNE PARK BOULEVARD**
**LOUISVILLE, KENTUCKY 40220**
**(502) 491-6950**

## RESIDENT'S WRITTEN NOTICE OF INTENT TO VACATE

Date Presented __8/22/14__
Presented to __Regent Park__

I/We, __Maria Robalino__ , resident(s) in
apartment # __11__ of __9402 Doral Court__ in
__Louisville__ (city) __KY__ (state)
do hereby file formal notice of intention to vacate said apartment on the
__22nd__ day of __August__ , 20 __14__ . I/We, understand
that this notice to vacate commences with the date this form is presented and
that the owners and managers of __Regent Park Apartments__
Apartments retain the right to enter and show this apartment to prospective
renters during this period of time. According to and in Compliance with my
Lease agreement, I hereby agree to pay the termination payment of
$_____ for __rent through 8/22/14 or until keys turned__
on or before the above move-out date. I also understand there may be __in whichever__
additional charges if there are damages or additional cleaning to the apartment __is later__
Please give reason for moving so we may better serve our other residents:
_____

Carpet Color: _____ Appliance Color: _____

Resident(s) Signature(s): __XMARIA T ROBALINO__

Resident(s) Forwarding Address: _____

Resident(s) Manager or Assistant: __Lynn Buckley, Mgr.__

__pro-rate $514⁰⁰__

## CONVERSATION LOG

**Resident:** _Maria Robalino_          **Apt:** _9422-11_

**Date/Time**          **Conversation**

*2nd Flr. at balcony 5859=*
*B-7 $809-*

*Forwarding Address)*

*118 Laurie Valley, Apt #118*
*08223*

*Keys returned 10/22/14   hDirkley*

*Letter of Lease Termination 9/11/14*

Page 1 of 2

D

## Letter of Lease Termination 9/11/14

micatillman@ups.com
Sent: Thursday, September 11, 2014 5:36 PM
To:   Regent Park

To whom it may concern,

I Mica Tillman will be terminating my lease at 9404 #1 Doral Court Louisville Ky. 40220, due to unsafe living environment & false info given in order to rent unit. It has been over 14 days that I have submitted info to you all regarding maintenance issues in my unit that are unhealthy to my child & I.

On 8/9 I signed lease while doing the walk through  & noticed damage to baseboards, hole in wall in the living area, & entrance door is very hard to lock & unlock. I was told the carpenters did this while laying the new floor down, only to learn most of it was due to water damage.

When approaching the apt to do a walk through I seen a drain in front of one of my bedroom window & I asked do you have problems with apts flooding & was told NO. I was also told that things I need fixed would be done the next week & baseboards would be painted.

On 8/11 I stopped at my apt on my lunch to check on the unit & notice a water leak & mold in hall bathroom behind door & water puddle in master bedroom, I was told that someone would be out to fix that day. On 8/13 I stopped back by apt on my lunch to check the progress of unit & nothing had been done when I called rental office I was told that they would be sending maintenance back out. I moved in on 8/16 giving you all  time to complete issues but nothing was complete. During this week of moving in I was stopped by  a resident who asked if I just moved in unit 9404 #1 he informed me he is friends with the man that lived in unit for 3 years & moved out because unit floods every time it rains he informed me that the office moved man up front upstairs because of unit continuing to flood. The resident stated that my apt has been empty for about 1 year & his apt floods every time it rains as well & he has issues with mold also in unit, along with another family member of his that lives in complex as well.

My first week staying in my new apt on 8/22 my master bedroom completely flooded I had not even been able to put my belongings up, to have them wet & some ruined. My son had a small leak in his bedroom & I had water coming in through the hole that I was told the carpenters damaged. On 8/23 apt flooded again & the next week it flooded again this apt has flooded 7 times since I have moved in. I do appreciate the spaying for mold & mildew but it has already set up before I moved in & no one has opened up the wall where the water is coming in on.

I called & went into office on 8/25 & 8/26 about the flooding & also informed you about info I was given from a resident. I also included in the conversation that  I love my apartment & I do not want to move but I will have to due to water damage,& I was told that a lot of work had been done to the apt & they will be having people working on it to see why so many units are flooding this was on 8/26.

On 8/11, 8/13, & 8/31 I  addressed the issue about my bathroom leaking until the wall busted & water started leaking out then I was able to see the black mold that covered the wall. Labor Day week I reported the mold again in the bathroom & someone came out & started working on it. The wall was so  soggy to the point you could just push it in, I recorded it also if you would like to see it.

Water has drained down the inside of the wall where the breaker box is which can cause an electrical problem I reported that the last time I  called about the mold in the bathroom.

When I moved in I submitted a letter about some health issues I have & how I have experienced living  in a home with mold & I get sick because of it, now I have a child with asthma & he has had to use his breathing machine since we moved in & he has not had to use it in over 12 months until now. I had to take him to the doctor on 9/9 for respitory problems & I have an appt 9/18, the smell hits you as soon as you walk in the door & is not bare able. This has been nothing but a nightmare & inconvenient to my home, time, & family. NO one needs to live in this apt with the work that needs to be done walls need to be gutted. The bathroom & laundry wall us being

*Letter of Lease Termination 9/11/14*                                    D                    Page 2 of 2

replaced & I already have a smell in my apt but this is even worse to the point it gives you a head ache  I hardly stay at home because it is making us sick, it feels awful knowing that you work hard for your money everyday to have someone swindle you out of it.

I have a notice stating that I owe you all for LG&E I will drop that payment off tonight, I do not know it is in your name because on 8/9 I completed the form to have it switched into my name & was told that it would e faxed over to LG&E. I called LG&E & was told by rep. that they never received the fax.

I want my money back due to you all knowing that this apt is not rentable.

I will be moving my belongs out my apt flooded again today, & as soon as I am done I will return my keys.

Have a Blessed Day

Miss Tillman
(502) 495-5937





E

Louisville Gas and
Electric Company
Business Service Center
820 West Broadway
Louisville, KY 40202
www.lge-ku.com

BRAHMS ASSOCIATES LLC
DBA REGENT PARK APTS
9400 HURSTBOURNE PARK BLVD
LOUISVILLE KY 40220-1652

T 502-627-3313
T 800-331-7370
F 502-627-4297
bsc@lge-ku.com

September 29 , 2014

Re:  Revert Notice for Landlord Agreement for 1085

Dear Valued Customer,

Recently, your tenant at the Service Address listed below notified us to request that service be discontinued in his/her name.

9409 DORAL CT APT 2 LOUISVILLE KY 40220-3710

Per your Landlord Agreement with us, the service at this address is reverting to your name as of the Move Out date, 09/27/2014.

As a reminder, the Landlord Agreement allows us to keep the service on at this location by having the billing revert to your name until you ask us to turn the service off OR until a new tenant contacts us and places the service in his/her name. Please note that if services are off at the time the tenant requests service to be taken out of their name, then that service will remain off until we receive a specific request to turn the service back on.

We encourage you to manage your Landlord Agreement online using My Account. If you have not yet registered for My Account, go to www.lge-ku.com and click the Sign In to My Account link to complete the registration process.

If you have any questions or need additional information, you may also contact us by email at bsc@lge-ku.com or by phone at 1-502-627-3313 or 1-800-331-7370.

Sincerely,

Business Service Center

Page 1 of 1

F



Louisville Gas and
Electric Company
Business Service Center
820 West Broadway
Louisville, KY 40202
www.lge-ku.com

T 502-627-3313
T 800-331-7370
F 502-627-4297
bsc@lge-ku.com

BRAHMS ASSOCIATES LLC
DBA REGENT PARK APTS
9400 HURSTBOURNE PARK BLVD
LOUISVILLE KY 40220-1652

October 13 , 2014

Re:  Revert Notice for Landlord Agreement for 1085

Dear Valued Customer,

Recently, your tenant at the Service Address listed below notified us to request that
service be discontinued in his/her name.

   9413 DORAL CT APT 12 LOUISVILLE KY 40220-3714

Per your Landlord Agreement with us, the service at this address is reverting to your
name as of the Move Out date, 10/11/2014.

As a reminder, the Landlord Agreement allows us to keep the service on at this location
by having the billing revert to your name until you ask us to turn the service off OR
until a new tenant contacts us and places the service in his/her name. Please note that if
services are off at the time the tenant requests service to be taken out of their name,
then that service will remain off until we receive a specific request to turn the service
back on.

We encourage you to manage your Landlord Agreement online using My Account. If you
have not yet registered for My Account, go to www.lge-ku.com and click the Sign In to
My Account link to complete the registration process.

If you have any questions or need additional information, you may also contact us by
email at bsc@lge-ku.com or by phone at 1-502-627-3313 or 1-800-331-7370.

Sincerely,

Business Service Center

F

**BRAHMS ASSOCIATES LLC**
**9400 HURSTBOURNE PARK BOULEVARD**
**LOUISVILLE, KENTUCKY 40220**
**(502) 491-6950**

## RESIDENT'S WRITTEN NOTICE OF INTENT TO VACATE

Date Presented _8/15/14_
Presented to _Regent Park_

I/We, _Eric Denham / Melissa Denham_, resident(s) in apartment # _121_ of _9913_ in _Louisville_ (city) _KY_ (state) do hereby file formal notice of intention to vacate said apartment on the _15th_ day of _October_, 20 _14_. I/We, understand that this notice to vacate commences with the date this form is presented and that the owners and managers of _Regent Park_ Apartments retain the right to enter and show this apartment to prospective renters during this period of time. According to and in Compliance with my Lease agreement, I hereby agree to pay the termination payment of $_____ for _____ on or before the above move-out date. I also understand there may be additional charges if there are damages or additional cleaning to the apartment. Please give reason for moving so we may better serve our other residents:

_____

Carpet Color: _____    Appliance Color: _____

Resident(s) Signature(s): x _Melissa Dinham_

Resident(s) Forwarding Address: _____

Resident(s) Manager or Assistant: _James Monks Agent_



G

Louisville Gas and
Electric Company
Business Service Center
820 West Broadway
Louisville, KY 40202
www.lge-ku.com

T 502-627-3313
T 800-331-7370
F 502-627-4297
bsc@lge-ku.com

**BRAHMS ASSOCIATES LLC**
**DBA REGENT PARK APTS**
**9400 HURSTBOURNE PARK BLVD**
**LOUISVILLE KY 40220-1652**

October 23 , 2014

Re:  Revert Notice for Landlord Agreement for 1085

Dear Valued Customer,

Recently, your tenant at the Service Address listed below notified us to request that service be discontinued in his/her name.

9419 DORAL CT APT 4 LOUISVILLE KY 40220-3718

Per your Landlord Agreement with us, the service at this address is reverting to your name as of the Move Out date, 10/21/2014.

As a reminder, the Landlord Agreement allows us to keep the service on at this location by having the billing revert to your name until you ask us to turn the service off OR until a new tenant contacts us and places the service in his/her name. Please note that if services are off at the time the tenant requests service to be taken out of their name, then that service will remain off until we receive a specific request to turn the service back on.

We encourage you to manage your Landlord Agreement online using My Account. If you have not yet registered for My Account, go to www.lge-ku.com and click the Sign In to My Account link to complete the registration process.

If you have any questions or need additional information, you may also contact us by email at bsc@lge-ku.com or by phone at 1-502-627-3313 or 1-800-331-7370.

Sincerely,

Business Service Center

*Must pay for electric through (11/1/14) 60 day notice or until keys turned in whichever is later*

Page 1 of 1

H

## CONVERSATION LOG

Resident: _____   Apt# 113-1211

Date/Time            Conversation

H

**To Whom It May Concern:**

Per our August 1, 2014 discussion, I will not be renewing my lease in September. I will be turning in the keys and vacating 9412 Doral Court #11, Louisville KY 40220 on Tuesday, September 30, 2014 before 5pm. I will be submitting my final rent payment for the month of September in the amount of $1008.00 on Tuesday, September 30th. Please send any correspondence to P.O. Box 16955, Louisville KY 40256.

**Thank you,**

09/30/14

Tiffany Greenwell

July 27, 2014

To: Regent Park Management

From: Lorenzo D. Jackson & Occupants

This is my written 60 day notice to inform that as of or around October 1, 2014, I shall vacate my residence at 9421 Doral Ct #2.

Thank you for your assistance,

Regards,

Lorenzo D. Jackson

*Keys in file in envelope no date or notes when they turned in.*

*11-18-14*

*7/31/14*

# Regent Park Apartments

9400 Hurstbourne Park Boulevard
Louisville, Kentucky 40220
Phone (502) 491-6950

## Apartment Lease Agreement

| Date of Lease | Lease Term | | Monthly Rent | Security Deposit | Other Deposit (i.e. P |
|---|---|---|---|---|---|
| 10/18/13 | Start | End | $744 | $200  subject to refund | $0 |
| | 11/18/2013 | 11/17/2014 | | | |

**Premise or Apartments**
**Shannon Vandiver**
**9400 Doral Court #12**
**Louisville, Ky. 40220**

Brahms Associates, L.L.C.
9400 Hurstbourne Park Blvd.
Louisville, Kentucky  40220

1.  **RENT**

(A)   You agree to pay the monthly rent as indicated above.  Each monthly payment is due on the first day of each and every month during the term of this lease.

(B)   You will send the rent each month to us at the address listed above for Landlord.

(C)   You will pay the rent in full even if you believe that you have a claim against us, or that we owe you money.

(D)   We do not have to send you a notice each month saying that the rent is due.

(E)   If we don't receive your rent by the close of business (5 p.m.) on the 1st day of the month, you will immediately pay a late charge of $50 in addition to the rent which is due plus an additional late charge of $10 for each additional day until the total rent due is received by us ("Additional Fees").

(F)   You will pay a $50 fee if your check is returned for any reason, plus the Additional Fees if the returned check is not made good by you by the 1st of the month in question.  This penalty provision shall not be considered a waiver or relinquishment of any of the other rights or remedies of Landlord.

(G)   You will be responsible for sheriff's fees incurred by us in serving you with default or other notices concerning this Lease, plus a $45 processing fee for each such notice.

(H)   Failure to pay rent in a timely fashion is grounds for eviction.  Landlord reserves the right to reject late rent.

2. **RENEWAL AND TERMINATION**

(A)   We agree to give you sixty (60) days prior written notice of any rent increase.

(B)   You agree to give us sixty (60) days prior written notice of your intention to renew this Lease, or of your intention to vacate your Apartment at the expiration of this Lease.

(C)   If you remain after your Lease expires, you agree to pay on an ongoing basis 125% of the monthly rent you were previously paying on a month-to-month basis and all other rules, regulations, terms and conditions of this Lease shall continue to apply.  This month-to-month rent is due on the first of day of each of such months and not refundable at all whether or not you stay for the entire month in question.  We have the right to terminate this month-to-month arrangement upon 30 days prior written notice to you.

(D)   Acceptance of rent by us after the expiration of this Lease shall not be considered as a renewal, but rather the provisions of Section 2(C) will apply.

3. **SECURITY DEPOSIT**

(A)   You have given us the amount of a security deposit as indicated above.

(B)   $100 of this Security Deposit will be charged as an administrative fee and thus is non-refundable.

(C)   We may keep all or the appropriate part of your deposit if you do any of the following:
   1) You do not pay your rent.
   2) You damage your Apartment.
   3) You do not give us the 60 days written notice as described in paragraph 2(B) of this Lease.
   4) You do not clean your Apartment upon vacating to a condition, which makes it rent ready.

(D)   Any remaining deposit (if applicable) will be returned to you within 60 days after you vacate the Apartment if none of the items in 3(C) have occurred.

(E)   You may not use your security deposit to pay your rent or any portion thereof.

(F)   If you are served an eviction notice, or willingly vacate prior to the expiration of your Lease term, your security deposit will be forfeited.

(G)   You will be liable for all damage done to the premises (including labor and materials) even if in excess of your security deposit.

1

J

## CONVERSATION LOG

Resident:___Shannon Vandiver_____ Apt#__9400-12_____

**Date/Time          Conversation**

6/17/13 (Dillon) Vandiver, nephew 3½, staying on the
1:44 pm weekends. May become permanent? Shannon
     will let us know (rt)

9/20/13→ Discussed rent.
Shannon. Having a hard
her a $5 - rent increase
think about it. Really
something less expensive

**KAUFMAN CARPET CLEANING**
*Butch Kaufman*
Former Lead Singer of the Monarchs
24 Hour Emergency Service
502-266-5623

502-295-9318
Shauna Vandiver

502-471-7323
Christina Vandiver

502-314-9710

METRO  III  THE COURIER-JOURNAL
SUNDAY, MAY 11, 2014  III  A29

**VANDIVER, SHANNON LEEANN,**
31, passed away on Friday, May 9, 2014 while at Norton Brownsboro Hospital.
Shannon was born in Louisville, on June 30, 1982 to William Vandiver and Athena Williams Davidson. She graduated from Greenview High School in Jamestown, OH; she then went on to earn her certificate in Cosmetology from Empire Beauty School in Louisville. Shannon was a member of Southeast Christian Church, and worked for Sports Clips; where she enjoyed working with her clients and held a special place in her heart for the people with whom she worked.
Along with her mom; her grandparents, Mary Rose and William Vandiver; along with other family members have preceded her in death.
Left to carry on her beautiful memory are her dad; William Vandiver; stepmom, Alice Vandiver and her

SURFACE Connection

9/2/14→ spoke to
Shauna & they are
moving things into
storage. Will turn key
into office once finished.

Countertop and Bathtub Refinishing
1-877-391-3111 or 1-866-507-8202

K

## CONVERSATION LOG

**Resident:** *Courtney A. Murphy*          **Apt:** *9421- 7*

| Date/Time | Conversation |
|---|---|
| 9/26/14 | 4:40p  Courtney turned in keys |
| | No forwarding Address: |
| | |
| | 9968  Willowbrook  Circle |
| | Louisville , Ky  40223 |

L

# Regent Park Apartments

## Move-Out

**Tenant:  Mark Hill & Frank Hill co-signer_Unit#_113-1209**
**Move-Out Date: _____10/1/14__**

**Move Out Information**_____

Security Deposit on Record: __($200_)_____
Forfeit Deposit: _$___200_____
Rent  : _$_878_____
NSF Check: $___100_____
Maintenance/Damage: $ _____
Cleaning/trash  Fees: _$ __350____
Late fees:_$ _600_____
Legal Fees  : $__185_____
Apartment  & mailbox keys & Fitness key  not returned : _$ _____
NSF fee : _$ _50_____ and Lease break penalties: $ _____
**Total Amount Due Tenant/Landlord :_$  _2163_____**
Notes/Comments: ____eviction_____
Send to Office: _____
Send to Forwarding Address: _____
Forwarding Address:__2713 Antone Parkway, Louisville, KY  40220_____

Property Manager: _Grace Barkley_____   Date: 10/15/14